UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YETI COOLERS, LLC,

Plaintiff,

v.

MACSPORTS, INC. AND TOFASCO OF AMERICA, INC.,

Defendants.

CASE NO. 2:25-mc-00085-TL

ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION IN RESPONSE TO PLAINTIFF'S SUBPOENA TO COSTCO WHOLESALE CORPORATION

THIS MATTER comes before the Court on Plaintiff's Motion to Compel Production in Response to Plaintiff's Subpoena to Costco Wholesale Corporation. Dkt. No. 1. The Court has reviewed and considered the files and pleadings in this case including:

1. Plaintiff's Motion to Compel Production in Response to Plaintiff's Subpoena to Costco Wholesale Corporation;

2. Declaration of John A. Webb, Jr. (Dkt. No. 1-1), in Support of Plaintiff's Motion to Compel Production in Response to Plaintiff's Subpoena to Costco Wholesale Corporation, and the attached exhibits;

3. Costco Wholesale Corporation's Response to Plaintiff's Motion to Compel Production in Response to Plaintiff's Subpoena to Costco Wholesale Corporation,

ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION IN RESPONSE TO PLAINTIFF'S SUBPOENA TO COSTCO WHOLESALE CORPORATION – 1

including the declaration of Lisa Southerland (Dkt. No. 3) and the declaration of Chris Taylor (Dkt. No. 4); and

4. Plaintiff's Reply in Support of its Motion to Compel Production in Response to Plaintiff's Subpoena to Costco Wholesale Corporation. Dkt. No. 7.

Accordingly, Plaintiff's Motion to Compel Production in Response to Plaintiff's Subpoena to Costco Wholesale Corporation is GRANTED.

Costco Wholesale Corporation shall produce within **fourteen (14)** calendar days of the date of this Order full and complete responses to Plaintiff's Subpoena, dated September 8, 2025, and Costco's objections are overruled. Plaintiff is to file a status report within **thirty (30)** days as to whether any further action is required by the Court.

Dated this 2nd day of March, 2026.

Tana Lin
United States District Judge

ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION IN RESPONSE TO PLAINTIFF'S SUBPOENA TO COSTCO WHOLESALE CORPORATION – 2